■ COLLEEN MAHONEY, Appellant, v OLEAN GENERAL HOSPITAL, Respondent. (Appeal No. 1.) [715 NYS2d 677] —Appeal unanimously dismissed without costs (*see*, *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also*, *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR

5501 [a] [1]). (Appeal from Order and Judgment of Supreme Court, Cattaraugus County, Cosgrove, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.